ACCEPTED
12-13-00308-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/11/2015 3:13:40 PM
CATHY LUSK
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

3/11/2015 3:13:40 PM

CATHY S. LUSK
Clerk

9 MARCH 2015

Twelfth Court of Appeals
1517 West Front Street
Suite 354
Tyler, TX 75702

**Re: David Ford v. State**
     **12-13-00308-CR**

Ms. Lusk:

Attached, please find a copy of the letter sent to my client regarding the opinion issued by the Court and the right to file a PDR.

If there is anything else I need to do, please let me know.

Sincerely,

/s/ Austin Reeve Jackson

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☑ Agent ☐ Addressee

B. Received by *(Printed Name)*   Hank Lemvier   C. Date of Delivery   3-6-15

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

1. Article Addressed to:

D. Ford
Inmate 01888141
Roach
15845 FM164
Childress TX 79201

3. Service Type
☑ Certified Mail®
☐ Registered
☐ Insured Mail
☐ Priority Mail Express™
☐ Return Receipt for Merchandise
☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)*
7014 1820 0001 9098 8442

PS Form 3811, July 2013   Domestic Return Receipt

29 MARCH 2015

Mr. David Ford
Inmate
Roach Unit
15845 FM 164
Childress, TX 79201

**Re: Opinion**

Mr. Ford:

Please find enclosed a copy of opinion issued by the Twelfth Court of Appeals in your case. The Court has affirmed your conviction.

Should you desire to do so, you do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals. If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion. That is by, 29 March 2015.

I would be happy to address any questions or concerns you have if you will simply let me know.


Sincerely,

Austin Reeve Jackson